# UNITED STATES DISTRICT COURT

for the

MIDDLE District of TENNESSEE

NASHVILLE Division

RECEIVED
SEP 01 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Case No. ______________________
*(to be filled in by the Clerk's Office)*

CODY WIGGINS, ET AL
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CHAD YOUKER, ET AL
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

PLAINTIFFS

CODY WIGGINS, ET AL

MICHAEL VAN DOBBS

DEVIN PHILLIPS

ROBERT GORDON

V.

DEFENDANTS - INDIVIDUAL & OFFICIAL CAPACITY FOR EACH

CHAD YOUKER, ET AL

JASPER DRISKELL

SETH OBERMEYER

LEE ANN THOMPSON

TERRI PAYNE

ASHLEY LINDQUIST

LT. JAMES

DEPUTY TRIPPLET

DEPUTY HEAD

KLARISSA FAIRCHILD

DEPUTY STANFIELD

ALYSSA FINNEY

DANIELLE COHEN

LISA CARSON

EMMERSON MARLATT

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CODY WIGGINS ET AL |
| All other names by which you have been known: | MICHAEL VAN DOBBS<br>DEVIN PHILLIPS<br>ROBERT GORDON |
| ID Number | 69253 |
| Current Institution | W C S O |
| Address | 408 CENTURY CT |
| | FRANKLIN (City) TN (State) 37064 (Zip Code) |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CHAD YOUKER |
| Job or Title *(if known)* | CAPTAIN |
| Shield Number | |
| Employer | WILLIAMSON COUNTY JAIL |
| Address | 408 CENTURY CT |
| | FRANKLIN (City) TN (State) 37064 (Zip Code) |

☒ Individual capacity ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | JASPER DRISKELL |
| Job or Title *(if known)* | LT. |
| Shield Number | |
| Employer | WILLIAMSON COUNTY JAIL |
| Address | 408 CENTURY CT |
| | FRANKLIN (City) TN (State) 37064 (Zip Code) |

☒ Individual capacity ☒ Official capacity

Defendant No. 3

Name: SETH OBERMEYER & LEE ANN THOMPSON
Job or Title *(if known)*: LT.
Shield Number:
Employer: WILLIAMSON CO JAIL
Address: 408 CENTURY CT
FRANKLIN | TN | 37064
City | State | Zip Code

☒ Individual capacity ☒ Official capacity

Defendant No. 4

Name: ASHLEY LINDQUIST & TERRI PAYNE
Job or Title *(if known)*: LT.
Shield Number:
Employer: WILLIAMSON CO. JAIL
Address: 408 CENTURY CT
FRANKLIN | TN | 37064
City | State | Zip Code

☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

- TENNESSEE CONSTITUTION ART I SEC 3 AND ART XI SEC 8
- FIRST AMENDMENT US CONST. FREE EXERCISE & ESTABLISHMENT CLAUSE & RETALIATION SPEECH
- FOURTEENTH AMENDMENT OF US CONST EQUAL PROTECTION & DUE PROCESS
- RLUIPA & TCA 4-1-407 TRFRA, FIRST AMENDMENT MAIL & LEGAL MAIL
- TCA 41-21-211, FIFTH AMENDMENT COUNSEL & DOUBLE JEOPARDY
- TCA 39-17-309, TCA 39-17-306, I.I.E.D., PRE-TRIAL PUNISHMENT
- FAILURE TO PROTECT, 42 USC 1985 AND 1986.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. CHAD YOUKER CREATED POLICY TO RESTRICT ALL ACCESS TO BIBLES, AA BOOKS, AND RELIGIOUS LITERATURE ON 1/18/25. AS OF TODAY EACH DEFENDANT USES COERCION OF ATHEIST POLICY FOR INTIMIDATION & RETALIATION BY BLOCKING ACCESS TO CHURCH, BIBLES, AND MINISTERS. YOUKER USES INTIMIDATION OF PUNISHMENT TO DETER ME FROM READING RELIGIOUS LITERATURE OR ATTENDING CHURCH. I PRACTICE AA AS PART OF MY SINCERELY HELD RELIGIOUS BELIEFS AND DRISKELL, OBERMEYER, AND LINDQUIST DO NOT CONSIDER AA AS RELIGIOUS ENOUGH TO GIVE ACCESS TO RELIGIOUS LITERATURE. I HAVE BEEN PUNISHED FOR EXERCISING MY RELIGIOUS BELIEFS. LEEANN THOMPSON IS ASSISTING TO CONCEAL FRAUD. YOUKER STEALS LEGAL MAIL & READS THE MAIL W/O DUE PROCESS

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

ONLY CHRISTIANS ARE HOUSED IN SEGREGATION POD 110 "SPECIAL HOUSING"; YOUKER HAS STOLEN OUTGOING & INCOMING ATTORNEY MAIL, OPENED & READ THE MAIL - TERRI PAYNE DENIES ACCESS TO PHYSICAL A.A BOOKS, AND BIBLES. DRISKELL, LINDQUIST, AND OBERMEYER EACH RESTRICT RELIGIOUS CONTENT ON KIOSK - PLAINTIFF ARE IN SEGREGATED HOUSING OUT OF RETALIATION PHYSICAL ASSAULT & GREAT INJURY THE DEFENDANTS CONSPIRED TO DEPRIVE CONSTITUTIONAL RIGHTS

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

THE BIBLE BAN BEGAN ON 1/18/25 AND THE RETALIATION & INTIMIDATION IS ON-GOING AS OF TODAY. CHAD YOUKER PLACES ME IN FEAR FOR MY LIFE. THESE EVENTS AROSE IN FRANKLIN, TN WILLIAMSON CO. JAIL. PLAINTIFF HAVE BEEN HOUSED IN SEGREGATION. - AFTER FILING GRIEVANCES OUT OF RETALIATION. YOUKER STOLE LEGAL MAIL & OPENED & READ THE MAIL W/O DUE PROCESS OF LAW OR WARRANT. WE ARE PLACED IN INVOLUNTARY SEGREGATION AS CHRISTIANS & THOSE SIMILARLY [illegible] ARE NOT [illegible] ACCESS TO A LAWYER IN MY CRIMINAL CASE & PUNISHED TWICE FOR LAWFUL ACTS.



Case 3:26-cv-01253 Document 1 Filed 09/01/26 Page 5 of 14 PageID #: 5

C. What date and approximate time did the events giving rise to your claim(s) occur?

THE ORIGINAL BIBLE BAN BEGAN ON 1/18/25. THE RETALIATION & INTIMIDATION CONTINUES AS OF TODAY. I AM PUNISHED AS A PRE-TRIAL DETAINEE. GOD IS MY HIGHER POWER. I READ THE BIBLE & I HAVE BEEN BAPTIZED & AA DAILY AS PART OF MY RELIGION. AA IS MY RELIGION & READING A PHYSICAL BIBLE AND AA BOOK AS MY MODE OF WORSHIP IS SINCERELY HELD.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ON 1/18/25 YOUKER RESTRICTED ACCESS TO ALL RELIGIOUS LITERATURE INCLUDING THE BIBLE & AA BOOKS. THE COERCION OF ATHEIST POLICY PLACES A SUBSTANTIAL BURDEN ON MY SINCERELY HELD RELIGIOUS BELIEFS. AFTER FILING MULTIPLE GRIEVANCES THE DEFENDANTS RETALIATED AND USE INTIMIDATION TO DETER ATTENDANCE IN CHURCH, READING RELIGIOUS LITERATURE, PRAYING, CONFESSION WITH A MINISTER, OR ANY ASPECT OF AA. I AM DENIED FREQUENTLY ACCESS TO WORSHIP & IN FEAR OF PHYSICAL SAFETY DUE TO DEFENDANTS HISTORY OF RETALIATION. INMATE GORDON WAS PHYSICALLY ASSAULTED OUTSIDE OF CHURCH & PLACED IN THE HOLE FOR HAVING A BIBLE & WORSHIPING GOD. THIS HAS INTIMIDATED ME FROM PRACTICING MY RELIGION. SECULAR CLASSES HAVE PHYSICAL BOOKS, BUT RELIGIOUS BOOKS ARE RESTRICTED. I AM FORCED TO MAINTAIN THE STATED RELIGION & MINISTER. YOUKER HAS INTERFERED WITH MY RIGHTS TO WORSHIP GOD ALMIGHTY ACCORDING TO MY CONSCIENCE & HAS FORCED A MODE OF WORSHIP WHILE GIVING SECULAR PREFERENCE OVER MY RELIGION. YOUKER FILMS ME CHANGING CLOTHES, AND PLACED IN ISOLATION AFTER FILING MY GRIEVANCE.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I HAVE BEEN DEPRIVED MY CONSTITUTIONAL & STATUTORY RIGHTS.

I AM IN CONSTANT FEAR OF RETALIATION DUE TO THE INTIMIDATION OF DEFENDANTS & DENIED THE ABILITY TO WORSHIP GOD.

I AM A DEVOUT CHRISTIAN AND IN FEAR TO PRACTICE MY RELIGION OR EVEN PRAY DUE TO THE INTIMIDATION.

INMATE GORDON WAS ASSAULTED BY DEPUTIES & DEFENDANTS RESULTED IN EYE SURGERY AT VANDERBILT - THIS HAPPENED AFTER FILING A GRIEVANCE TO ATTEND CHURCH.

THE I.I.E.D. FROM RETALIATION OF SEXUAL ABUSE, PHYSICAL ABUSE, ISOLATION. MY LEGAL MAIL HAS BEEN RESTRICTED, STOLEN, AND PUBLISHED

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- JURY DEMAND
- APPOINT COUNSEL
- ENFORCE CONSTITUTIONAL & STATUTORY RIGHTS OF CITIZENS
- AWARD ALL COURT COST & FEES
- DECLATORY RELIEF THAT AA IS PROTECTED BY CONSTITUTIONAL RIGHTS, RLUIPA, TCA 4-1-407, AND BIBLE ARE ALLOWED PER TCA 41-21-211
- $1,000,000 DAMAGES FROM EACH DEFENDANT TO EACH PLAINTIFF
- RESERVE THE RIGHT TO AMEND COMPLAINT
- ISSUE A TRO & PI AGAINST DEFENDANTS FOR READING LEGAL MAIL
- STOP PUNISHMENT OF PRE-TRIAL DETAINEES
- DECLARE AA IS A RELIGION
- AWARD ALL MEDICAL BILLS & EXPENSES FOR FUTURE DAMAGES

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

WILLIAMSON Co JAIL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

EACH CLAIM OF DENIAL OF RELIGIOUS RIGHTS, INTIMIDATION, RETALIATION PHYSICAL ASSAULT BY YOUNGER & DEPUTY HEAD & STANFIELD.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

- VERBAL
- KIOSK
- GRIEVANCE DROP BOX

2. What did you claim in your grievance?

I HAVE BEEN ASSAULTED, INTIMIDATED, RETALIATED AGAINST AND DENIED ACCESS TO MY RELIGION, DENIED MEDICAL CARE.

3. What was the result, if any?

ALL GRIEVANCES WERE DENIED - GORDON WAS PHYSICALLY ASSAULTED BY YOUKER & DEPUTIES AND PLAINTIFFS WERE PLACED IN SEGREGATION FOR FILING GRIEVANCES & HOUSED IN ISOLATION FOR PURSUING LEGAL RECOURSE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

EACH GRIEVANCE WAS APPEALED & ALL EFFORTS HAVE BEEN EXHAUSTED

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

THE GRIEVANCE PROCESS HAS BEEN EXHAUSTED & IS OF NO USE. THE DEFENDANTS CONTINUE TO RETALIATE, INTIMIDATE, HARASS PLAINTIFF FOR RELIGIOUS BELIEFS. PLAINTIFF ARE IN ISOLATION HOUSING.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No SOME ISSUE ARE FROM OTHER CASES BUT NOT ALL COLLECTIVELY.

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ____________________

   Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ____________________

3. Docket or index number

   ____________________

4. Name of Judge assigned to your case

   ____________________

5. Approximate date of filing lawsuit

   ____________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ____________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________

   Defendant(s) ______________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________

3. Docket or index number

   ______________________

4. Name of Judge assigned to your case

   ______________________

5. Approximate date of filing lawsuit

   ______________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition ______________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ______________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/20/26

Signature of Plaintiff [signature]

Printed Name of Plaintiff ROBERT GORDON

Prison Identification # 65520

Prison Address 408 CENTURY CT

FRANKLIN | TN | 37064

*City* | *State* | *Zip Code*

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

*City* | *State* | *Zip Code*

Telephone Number ______

E-mail Address ______

CERTIFICATION & CLOSING

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I HAVE PERSONALLY REVIEWED & SIGNED THIS DOCUMENT. I FURTHER DECLARE THAT, PURSUANT TO RULE 11 OF FRCP, I BELIEVE I HAVE A VALID LEGAL CLAIM, I AM NOT FILING THIS DOCUMENT FOR AN IMPROPER PURPOSE (SUCH AS TO HARASS SOMEONE), AND MY CLAIMS ARE SUPPORTED BY EVIDENCE OR LIKELY WILL HAVE EVIDENTIARY SUPPORT AFTER A REASONABLE OPPORTUNITY FOR INVESTIGATION.

(1) [signature] ROBERT BORDOW 8/20/26
#65920

(2) [signature] Devin Phillips 8-20-26
#8994

(3) [signature] / Cody Heath Wiggins 8/20/2026
#69253

(4) Michael van Dobbs 8/20/26 MICHAEL VAN DOBBS
#15

EACH PLAINTIFF ADDRESS IS
408 CENTURY CT
FRANKLIN, TN 37064

Devin Phillips 8994
408 Century Court
Franklin, TN 37064

RECEIVED
SEP 01 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN




US district court clerk
719 Church St #1300
Nashville, TN 37203

Legal Mail

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022